[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-14214
Non-Argument Calendar

_____

D.C. Docket No. 2:98-cr-00108-LSC-TMP-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BACKARI MACKEY,
a.k.a. Bakari Mackey,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(January 22, 2019)

Before WILLIAM PRYOR, GRANT and ANDERSON, Circuit Judges.

PER CURIAM:

Kevin L. Butler, appointed counsel for Backari Mackey in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and the district court's order modifying the terms of Mackey's

supervised release is **AFFIRMED.**[1]

---

[1] We note that Mackey has apparently satisfied the district court's special supervised-release condition that he reside in a halfway house for six months, and that he is no longer subject to that condition.  To the extent this renders his appeal moot, the proceedings are hereby dismissed. *See United States v. Farmer*, 923 F.2d 1557, 1568 (11th Cir. 1991) (holding that appeal from sentence was rendered moot by the defendant's release from custody).